

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-13-00563-CR

Rene **GONZALES**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 227th Judicial District Court, Bexar County, Texas
Trial Court No. 2012CR8313
Honorable Philip A. Kazen Jr., Judge Presiding

BEFORE CHIEF JUSTICE STONE, JUSTICE ALVAREZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, this appeal is DISMISSED.

SIGNED October 9, 2013.

_____
Patricia O. Alvarez, Justice